**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6081**
_____

LARRY ARNOLD YOUNG,

            Plaintiff - Appellant,

      v.

D. THOMPSON, Correctional Officer; DURANKO, S.I.S. Technician;
D. SHAW, Lieutenant; UNKNOWN MAIL ROOM PERSONNEL; D. YOST,
I.S.O.,

            Defendants – Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.   John Preston Bailey,
Chief District Judge.  (2:10-cv-00066-JPB-JSK)

_____

Submitted:  May 26, 2011              Decided:  June 1, 2011

_____

Before KING, SHEDD, and DIAZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Larry Arnold Young, Appellant Pro Se.   Rita R. Valdrini,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Arnold Young seeks to appeal the district court's order adopting the magistrate judge's recommendation and denying his motion for entry of default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Young seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED